Fill in this information to identify the case:

Debtor name    **KBI 2015 GP, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    **26-40145**

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Commonwealth Bank Attn: Bank Finance & Control PO Box 400 Indiana, PA 15701 | | Bank Note | | | | $4,560,000.00 |
| 2 | Tech Finance Co., LLC a/k/a TFC 7077 East Marilyn Road Suite 125 Scottsdale, AZ 85254 | | Equipment Lease | | | | $230,000.00 |
| 3 | GEORGE MCKENNA ELECTRICAL CONTRACTORS, L 8020 Industrial Village Rd Greensboro, NC 27409 | | Construction | | | | $217,026.01 |
| 4 | CFGMS 180 Maiden Lane 15th Floor New York, NY 10038 | | MCA | | | | $149,904.00 |
| 5 | JOHN R. AMES, DALLAS COUNTY ASSESSOR Linebarger Goggan Blair & Sampson, LLP Parkside Tower 3500 Maple Avenue, | | Property Tax- address is obtained legal | | | | $128,368.13 |

Debtor    **KBI 2015 GP, Inc.**_____    Case number (if known) **26-40145**_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  CHERYLYN ELZY, RTA Linebarger Goggan Blair & Sampson, LLP Parkside Tower 3500 Maple Avenue, Suite 800 | | Property Tax- address is obtained legal | | | | $116,209.06 |
| 7  Wynwood Capital 20200 W Dixie Hwy Suite 608 Miami, FL 33180 | | MCA | | | | $105,504.16 |
| 8  Dallas County Utility and Reclamation Di Perdue Brandon Fielder Collins & Mott 1235 North Loop West Suite 600 | | Taxes on food truck that are incorrect but we are | | | | $83,062.28 |
| 9  Fenix Funding 34 S Broadway Suite 714 White Plains, NY 10601 | | MCA | | | | $80,230.00 |
| 10  Fox Funding 803 21st Ave Hollywood, FL 33020 | | MCA | | | | $78,888.00 |
| 11  M&S Supply PO Box 171014 Arlington, TX 76003 | | Construction | | | | $75,187.40 |
| 12  Carpentry Associates 941 Avenue N Suite B Grand Prairie, TX 75050 | | Construction | | | | $73,319.79 |
| 13  CMC 2700 Research Dr Suite 100 Plano, TX 75074 | | Construction | | | | $63,765.46 |

Debtor   **KBI 2015 GP, Inc.**
Name

Case number (if known) **26-40145**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Sumitomo Mitsui Finance & Leasing Co LTD 666 Third Avenue New York, NY 10017 | | Equipment lease | | | | $44,826.10 |
| 15 Midland States Bank Midland Equipment Finance PO Box 24245 Seattle, WA 98124 | | Equipment lease | | | | $44,605.27 |
| 16 Sysco Greenberg, Grant and Richards 5858 Westheimer Rd Suite 500 Houston, TX 77057 | | Goods and/or services rendered | | | | $44,327.95 |
| 17 TXU Energy Attn: Legal 6555 Sierra Drive Irving, TX 75039 | | Electricity | | | | $41,978.91 |
| 18 KOSEL AC AND HEATING INC 300 Brushy Creek Rd. Ste. 304 Cedar Park, TX 78613 | | HVAC | | | | $40,893.09 |
| 19 Dext Capital 5500 Meadows Rd Suite 300 Lake Oswego, OR 97035 | | Equipment lease | | | | $39,027.84 |
| 20 Flagstar Financial & Leasing, LLC 102 Duffy Avenue Hicksville, NY 11801 | | Equipment lease | | | | $37,403.30 |

Fill in this information to identify the case and this filing:

Debtor Name        **KBI 2015 GP, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number       **26-40145**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/18/26          X _____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      **Kim Barton Forsythe**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor